**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENESI MISSAALEFUA, | CASE NO. CV F 06-1752 AWI LJO |
| Plaintiff, | ORDER FOR SERVICE OF COMPLAINT |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Plaintiff Enesi Misaalefua ("plaintiff") proceeds pro se and in forma pauperis in this action. Pursuant to this Court's order, plaintiff filed his first amended complaint on December 21, 2006. Accordingly, this Court:

1. FINDS service of the first amended complaint is appropriate on defendants United States Postal Service, Robin Gutman, Reggie Hensley and Chad McDonald;

2. DIRECTS this Court's clerk to send plaintiff one USM-285 form, four summonses, a Notice of Submission of Documents, an instruction sheet and a copy of the first amended complaint filed December 21, 2006;

3. ORDERS plaintiff, no later than January 15, 2007, to complete the attached Notice of Submission of Documents and submit the completed Notice of Submission of Documents to the Court with the following documents:

   a. A completed summons for each defendant United States Postal Service, Robin

|   |   |   |   |
|---|---|---|---|

1   Gutman, Reggie Hensley and Chad McDonald;

2      b.   One completed USM-285 form for defendants noted above; and

3      c.   Four copies of the endorsed first amended complaint filed December 21, 2006;

4         and

5   4.   DIRECTS this Court's clerk to issue an order to set a scheduling conference.

Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, this Court will direct the United States Marshal to serve the defendant pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in recommendation to dismiss this action. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   December 22, 2006**           /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE

2