IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISSAALEFUA,  | CASE NO. CV F 06-1752 AWI LJO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Plaintiff Enesi Misaalefua ("plaintiff") proceeds pro se and in forma pauperis in this action. This Court issued its December 26, 2006 order to require plaintiff, no later than January 15, 2007, to submit to this Court's clerk documents to serve defendants with the summons and amended complaint. Plaintiff has failed to submit the documents to serve the summons and amended complaint. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS plaintiff, no later than January 31, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for failure to comply with this Court's order to submit documents to serve the summons and amended complaint and to prosecute this action.

**Plaintiff's failure to comply with this order will be further grounds to recommend to**

1 | **dismiss this action.  Local Rule 11-110.**
2 |         IT IS SO ORDERED.
3 | **Dated:    January 18, 2007              /s/ Lawrence J. O'Neill**
  |    66h44d                             UNITED STATES MAGISTRATE JUDGE