JAN 2 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Alfred Buzo (SBN 177377)
BUZO LAW OFFICES
560 S. Winchester Blvd., 5th Floor
San Jose, CA 95128
(408) 918-3002
(4080 918-3003 (facsimile)

Attorney for Plaintiff

**LODGED**

JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISSAALEFUA ) | Case No. CV F 06-1752 AWI LJO |
|     Plaintiff, ) | **EX PARTE REQUEST FOR EXTENSION OF TIME TO COMPLY WITH ORDER FOR SERVICE OF COMPLAINT** |
|     v. ) | |
| UNITED STATES POSTAL SERVICE, ) ROBIN GUTMAN, REGGIE HENSLEY, ) CHAD McDONALD, and DOES 1 through ) 100, inclusive ) | Date: Time: Dept: |
|     Defendants. ) | |

I, ALFRED BUZO, pursuant to Local Rule 6-144(c), hereby submit this ex-parte request for an extension of time with which to comply with the order for service of the complaint issued by this court on December 22, 2006.

1.    I was retained January 11, 2007 on this matter, and after reviewing the complaint filed by plaintiff, I believe more time is necessary to comply with the court's order to file a Notice of Submission of Documents by January 15, 2007.

2.    The complaint not yet been served, and as such, there is no opposing counsel in this matter.

Ex Parte Request for Extension of Time
Missaalefua v. U.S. Postal Service et al.

3.      The primary reason for this request is that my office would like the opportunity to file a second amended complaint.

4.      Once the second amended complaint is filed, we will then serve the defendants. I did not believe it efficient to serve the defendants with the first amended complaint, and then file a second amended complaint.

5.      I believe an additional thirty (30) days in which to comply with the court's order would provide me with sufficient time in which to file and serve the second amended complaint.

6.      For these reasons I am requesting an extension of time to February 15, 2007 in which to comply with the court's order for service of the complaint issued on December 22, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 16th day of January, 2007 in San José, California.

_____
ALFRED BUZO
Attorney for Plaintiff

IT IS SO ORDERED.

Plaintiff shall have until February 15, 2007 in which to submit a completed Notice of Submission of Documents to the Court.

Dated:   1- 19 - 07

_____
UNITED STATES MAGISTRATE JUDGE
                       DISTRICT

Ex Parte Request for Extension of Time
Missalefua v. U.S. Postal Service et.al.

- 2 -