**FILED**
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**LODGED**
JAN 1 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  Alfred Buzo (SBN 177377)
   BUZO LAW OFFICES
2  560 S. Winchester Blvd., 5th Floor
   San Jose, CA 95128
3  (408) 918-3002
   (408) 918-3003 (facsimile)
4
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISAALEFUA | Case No. CV F 06-1752 AWI LJO |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| UNITED STATES POSTAL SERVICE, ROBIN GUTMAN, REGGIE HENSLEY, CHAD McDONALD, and DOES 1 through 100, inclusive | Date:<br>Time:<br>Dept: |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

ENESI MISAALEFUA hereby substitutes ALFRED BUZO (SBN 177377), 560 S. Winchester Blvd., 5th Floor, San Jose, CA 95128, (408) 918-3002, as attorney of record for himself, in the place and stead of ENESI MISAALEFUA, 1148 Martin Luther King, Jr. Ave., Apt. D, Tulare, CA 93274, (559) 684-0613.

\\

\\

\\

Substitution of Attorney
Misaalefua v. U.S. Postal Service et al.

1  Dated: January 16, 2007

_____
ENESI MISAALEFUA

3
4  Dated: January 16, 2007

_____
ALFRED BUZO

6
7  IT IS SO ORDERED.

8  Dated: 1-15-07

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

28  Substitution of Attorney
Misaalefua v. U.S. Postal Service et al.

-2-