IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISAALEFUA, | |
| Plaintiff, | CV F 06 1752 AWI WMW |
| vs. | ORDER TO SHOW CAUSE |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

On January 22, 2007, an order was entered, granting the substitution of attorney. Alfred R. Buzo, Esq, is substituted as attorney for Plaintiff. Plaintiff was granted an extension of time to February 15, 2007, in which to file a second amended complaint. To date, Plaintiff has not filed a second amended complaint or sought an extension of time to do so.

Accordingly, Plaintiff is ordered to show cause, within thirty days of the date of service of this order, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:   March 9, 2007**          **/s/  William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE

1