IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISAALEFUA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant.<br>_____ | 1:06-cv-01752-AWI (NEW) WMW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO FILE SECOND AMENDED COMPLAINT<br><br>[Doc. 15] |

　　　On March 12, 2007, the court issued an order requiring Plaintiff to show cause why this case this case should not be dismissed for lack of prosecution, based on Plaintiff's failure to timely file his second amended complaint. On April 5, 2007, Plaintiff filed his response to the order to show cause. Good cause appearing, the order to show cause is HEREBY DISCHARGED. The Clerk of the Court is HEREBY DIRECTED to file the second amended complaint received by the court on April 5, 2007. The Clerk of the Court is further

DIRECTED to issue the appropriate summons in this case.  Plaintiff shall serve the defendant within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:     April 12, 2007                             /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE