# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENESI MISAALEFUA, | 1:06-CV-01752 AWI-GSA |
| Plaintiff, | ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE SECOND AMENDED COMPLAINT ON DEFENDANT |
| v. | |
| POSTAL SERVICE, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| Defendant. | |

    This case was set for an Initial Scheduling Conference on November 6, 2007. Plaintiff's counsel appeared telephonically at the Scheduling Conference. Counsel for the defendant was not present because the Defendant had not been properly served with the Second Amended Complaint. The court advised Plaintiff's counsel that Defendant was to be properly served by December 6, 2007. Plaintiff did not provide proof of service by the required date.

    On January 8, 2008, this court issued an Order to Show Cause Why the Action Should Not be Dismissed for Failure to Comply with a Court Order. Plaintiff was ordered to file a written response to the Order to Show Cause. In addition, Plaintiff was ordered to properly serve the Defendant with the Summons and Second Amended Complaint by the date of the filing of the reply to the Order to Show Cause.

    On February 11, 2008, Plaintiff's attorney filed a declaration indicating that he had "unexpected family responsibilities" and that he "was involved in a car accident which caused him to miss work for another period of time." To date, Plaintiff has not properly served the Defendant in this matter.

The court will give Plaintiff one final opportunity to properly serve Defendant. Plaintiff must properly serve the Defendant with the Summons and Second Amended Complaint by March 14, 2008. Given that the first Complaint in this case was filed on December 5, 2006, over one year ago, and the Defendant has still not been properly served, there will be no further extensions of time to serve the Defendant given in this case.[1] **Plaintiff is advised that failure to properly serve the Defendant in compliance with the instructions outlined above, will result in the dismissal of his case without prejudice.**

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall properly serve the Defendant with the Summons and Second Amended Complaint and provide the Court with proof of service no later than March 14, 2008.

IT IS SO ORDERED.

Dated:   **February 13, 2008**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] The first Order to Show Cause was issued on January 18, 2007, when the Plaintiff, proceeding pro se, failed to serve Defendants with the Summons and Amended complaint. (Doc. #9). The second Order to Show Cause, was issued on March 12, 2007, after Plaintiff hired current counsel, and counsel failed to timely file a Second Amended Complaint after being granted an extension to do so. (Doc. #14). The current Order to Show Cause was issued on January 8, 2008. (Doc # 26).