# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENESI MISAALEFUA, | ) | 1:07cv01752 AWI GSA |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 29) |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendants. | ) ) | |

    This case is proceeding on Plaintiff's Second Amended Complaint filed on April 12, 2007. Doc. 17.  Plaintiff alleges employment discrimination on the basis of age and disability against Defendant United States Postal Service.

    On April 14, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days.  No party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 14, 2008, is ADOPTED IN FULL; and
2. The action be DISMISSED without prejudice.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:  May 7, 2008**               /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE